**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) DOUG SCHWEGMAN D/B/A SCHWEGMAN INSURANCE AND FINANCIAL SERVICES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>(1) CONTINENTAL CASUALTY COMPANY,<br><br>　　　　Defendants. | Case No. 16-CV-730-CVE-FHM |

## STIPULATION OF DISMISSAL

Come now the parties and stipulate to the dismissal of the above styled and numbered cause with prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| s/Roger N. Butler, Jr. | s/*Bradford D. Barron* |
| Roger N. Butler, Jr., OBA #13668 | Bradford D. Barron, OBA #17571 |
| SECREST HILL BUTLER & SECREST | THE BARRON LAW FIRM, PLLC |
| 7134 South Yale, Suite 900 | P.O. Box 369 |
| Tulsa, OK 74136-6360 | Claremore, OK 74018 |
| (918) 494-5905 Telephone | Telephone: (918) 341-8402 |
| (918) 494-2847 Facsimile | Facsimile: (918) 515-4691 |
| rbutler@secresthill.com | bbarron@barronlawfirmok.com |
| -and- | -and- |
| Richard A. Simpson, *admitted pro hac vice* | KRIS TED LEDFORD, OBA #17552 |
| Marc E. Rindner, *admitted pro hac vice* | LEDFORD LAW FIRM |
| WILEY REIN LLP | Heritage Professional Plaza |
| 1776 K Street, NW | 425 E. 22nd Street, Suite 101 |
| Washington, DC 20006 | Owasso, OK 74055 |
| (202) 719-7000 Telephone | Telephone: (918) 376-4610 |
| (202) 719-7049 Facsimile | Facsimile: (910( 376-4993 |
| RSimpson@wileyrein.com | kris@ledfor-lawfirm.com |
| MRindner@wileyrein.com | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Continental Casualty Company* | |

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2017, I electronically transmitted the above and foregoing Stipluation of Dismissal to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kris Ted Ledford, Esq.
Bradford D. Barron, Esq.

                                        s/Roger N. Butler, Jr.